NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-244-GMN-NJK |
| Plaintiff, | **Stipulation and Proposed Order to Continue Change of Plea Hearing and Status Report Deadline (First Request)** |
| v. | |
| BABY VASQUEZ BELTRAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Dan M. Winder, Esq., counsel for Defendant Baby Vasquez Beltran, that: (1) the change of plea hearing scheduled for October 7, 2020, be vacated and set to a date and time convenient to this Court, but no sooner than 15 days from the currently scheduled date; and (2) the deadline for the parties to file a status report regarding the use of video conferencing at that change of plea hearing, currently scheduled for September 28, 2020, at 4:00 p.m. be extended to Friday, October 2, 2020 at 4:00 p.m.

This stipulation is entered into for the following reasons:

1. Defendant Baby Vasquez Beltran and the Government have resolved the potential charges against her through a pre-indictment plea agreement.

2. Counsel for Beltran requires additional time to confer with her regarding the use of video conferencing for her change of plea hearing.

3. This is the first request for a continuance of the change of plea hearing date and the deadline to file a status report regarding the use of video conferencing at that hearing.

DATED this 1st day of October, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Dan M. Winder*  
DAN M. WINDER, ESQ.  
Counsel for Defendant BELTRAN

/s/ *Richard Anthony Lopez*  
RICHARD ANTHONY LOPEZ  
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-244-GMN-NJK |
| Plaintiff, | **Order on Stipulation to Continue Change of Plea Hearing and Status Report Deadline (First Request)** |
| v. | |
| BABY VASQUEZ BELTRAN, | |
| Defendants. | |

Based on the parties' stipulation to continue the change of plea hearing and extend the deadline to file a status report regarding the use of video conferencing at that hearing, and good cause appearing therefore:

IT IS HEREBY ORDERED that the change of plea hearing presently scheduled for October 7, 2020, at the hour of 12:00 p.m. be continued to <u>Wednesday, October 28, 2020, at the hour of 12:00 p.m.</u> in Las Vegas Courtroom 7D before Judge Gloria M. Navarro.

IT IS FURTHER ORDERED that the parties are directed to file a status report no later than 4:00 p.m. on Friday, October 2, 2020, (1) to advise whether the defendant wishes to appear in person at the hearing, (2) to advise whether the defendant consents to proceed with the felony plea or sentencing hearing, as scheduled but using videoconferencing, (3) to explain why the felony plea or sentencing cannot be further delayed without serious harm to the interests of justice, or (4) to advise whether the parties agree to a continuance, indicating the maximum length of time.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Dated this 2d day of October, 2020