```
DAN M. WINDER, ESQ.
Nevada State Bar No:. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No:. 000810
```
**LAW OFFICE OF DAN M. WINDER, P.C.**
```
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
```
Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:20-cr-244-RFB-NJK |
| Plaintiff, ) | |
| vs. ) | |
| BABY VASQUEZ BELTRAN, ) | **STIPULATION TO CONTINUE SENTENCING** |
| Defendant. ) | |

Certification: This stipulation is timely filed.

**IT IS HEREBY STIPULATED** by and between , ERIC SCHMALE , Assistant United States Attorney, counsel for Plaintiff, UNITED STATES OF AMERICA, Defendant, BABY VASQUEZ BELTRAN, by and through her counsel DAN M. WINDER, ESQ., of the LAW OFFICE OF DAN M. WINDER, PC, that the Sentencing Hearing currently scheduled for March 4, 2021, be vacated and continued to a date which are convenient to this Honorable Court, not less than thirty (30) days from this date.

This stipulation is entered into for the following reasons:

    1. Defendant requires additional time to prepare the Pre-sentencing Report.

    2. The parties agree to the continuance sought herein.

    3. The Defendant does not object to the continuance in this matter.

    4. The additional time requested herein is not sought for purposes of delay.

5. This is the first request for continuance of the Sentencing herein.

DATED this 1st day of March, 2021.

| NICHOLAS A. TRUTANICH US ATTORNEY | LAW OFFICE OF DAN M. WINDER, PC |
|---|---|
| /s/ Eric Schmale<br>ERIC SCHMALE<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Ste 1100<br>Las Vegas, NV 89102 | /s/ Dan M. Winder<br>DAN M. WINDER<br>Nevada State Bar No. 001569<br>3507 West Charleston Blvd.<br>Las Vegas, NV 89102 |

DAN M. WINDER, ESQ.
Nevada Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada Bar No. 000810
**LAW OFFICE OF DAN M. WINDER, P.C.**
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com

Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-cr-244-RFB-NJK |
| Plaintiff, | ) | |
| vs. | ) | |
| BABY VASQUEZ BELTRAN | ) | **FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |
| Defendant. | ) | |

Certification: This stipulation is timely filed.

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

　　1. Defendant requires additional time to prepare the Pre-sentencing Report.

　　2. The parties agree to the continuance sought herein.

　　3. The Defendant does not object to the continuance in this matter.

　　4. The additional time requested herein is not sought for purposes of delay.

　　5. This is the first request for continuance of the sentencing hearing filed herein.

**CONCLUSIONS OF LAW**

　　The ends of justice served by granting said continuance outweigh the best interest of the public and the Defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the

opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

**ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for March 4, 2021. shall be and is hereby vacated and continued to the  15th day of   April      , 2021 at the hour of 1:00 PM.

DATED this  2nd  day of March, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE