DAN M. WINDER, ESQ.
Nevada State Bar No:. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada State Bar No:. 000810
**LAW OFFICE OF DAN M. WINDER, P.C.**
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com

Attorney for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:20-cr-244-RFB-NJK |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| BABY VASQUEZ BELTRAN, | ) | **STIPULATION TO CONTINUE SENTENCING** |
| Defendant. | ) | |

Certification: This stipulation is timely filed.

**IT IS HEREBY STIPULATED** by and between , ERIC SCHMALE , Assistant United States Attorney, counsel for Plaintiff, UNITED STATES OF AMERICA, Defendant, BABY VASQUEZ BELTRAN, by and through her counsel DAN M. WINDER, ESQ., of the LAW OFFICE OF DAN M. WINDER, PC, that the Sentencing Hearing currently scheduled for April 15, 2021, be vacated and continued to a date which are convenient to this Honorable Court, not less than thirty (30) days from this date.

This stipulation is entered into for the following reasons:

    1. Defendant requires additional time to prepare the Sentencing Memorandum.

    2. The Government does not object to the continuance sought herein.

    3. The Defendant does not object to the continuance in this matter.

    4. The additional time requested herein is not sought for purposes of delay.

5. This is the second request for continuance of the Sentencing herein.

DATED this 9th day of April, 2021.

| CHRISTOPHER CHIOU US ATTORNEY | LAW OFFICE OF DAN M. WINDER, PC |
|---|---|
| /s/ Eric Schmale<br>ERIC SCHMALE<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Ste 1100<br>Las Vegas, NV 89102 | /s/ Dan M. Winder<br>DAN M. WINDER<br>Nevada State Bar No. 001569<br>3507 West Charleston Blvd.<br>Las Vegas, NV 89102 |

DAN M. WINDER, ESQ.
Nevada Bar No. 001569
ARNOLD WEINSTOCK, ESQ.
Nevada Bar No. 000810
**LAW OFFICE OF DAN M. WINDER, P.C.**
3507 W. Charleston Blvd.
Las Vegas, NV 89102
Telephone: (702) 474-0523
Facsimile:  (702) 474-0631
winderdanatty@aol.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: **2:20-cr-244-RFB-NJK** |
| Plaintiff, | |
| vs. | |
| BABY VASQUEZ BELTRAN | **FINDINGS OF FACT AND ORDER** |
| Defendant. | |

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the Court finds that:

   1. Defendant requires additional time to prepare the Sentencing Memorandum.

   2. The Government does not object to the continuance sought herein.

   3. The Defendant does not object to the continuance in this matter.

   4. The additional time requested herein is not sought for purposes of delay.

   5. This is the second request for continuance of the sentencing hearing filed herein.

**ORDER**

   **IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for April 13, 2021. shall be and is hereby vacated and continued to the 20th day of May, 2021 at 10:00 AM.

   DATED this 9th day of April, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE